IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RYAN JENSEN, et al.,

    Plaintiffs,
v.                                    Case No. 3:20cv5661/RV/HTC

DESTIN FIRE CONTROL DISTRICT,

    Defendant.
_____/

## ORDER OF DISMISSAL

UPON consideration of the parties' Joint Motion for Approval of Settlement and for Dismissal of Lawsuit with Prejudice (doc. 38), it is ORDERED:

(1) The Settlement Agreement attached to the motion as Exhibit 1 is hereby APPROVED. I find the terms of the settlement to be a fair and reasonable resolution of a bona fide dispute. This cause is DISMISSED, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 26th day of August, 2022.

                                                   /s/ *Roger Vinson*
                                                   **ROGER VINSON**
                                                   **Senior United States District Judge**